AO 91 (rev.11/11) Criminal Complaint | AUTHORIZED AND APPROVED DATE: /s/ Corbin Houston, 10/19/2022

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

United States of America )
 )
v. )
 )  Case No: MJ-22-761-STE
JUAN ANTONIO LOERA-MACIAS, )
 )

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 16, 2022, in the county of Oklahoma, in the Western District of Oklahoma, the defendant violated:

*Code Section* | *Offense Description*
8 U.S.C. § 1326(a) | Reentry of Removed Alien

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Curtis Fair of the Department of Homeland Security, Immigration and Customs Enforcement, which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

*Complainant's signature*
Curtis Fair, Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

Sworn to before me and signed in my presence.

Date: **Oct 19, 2022**

*Judge's signature*

City and State: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Curtis Fair, being duly sworn, depose and state as follows:

1. I have been employed as a Deportation Officer with the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE), since June 2017. I graduated from the United States Border Patrol Academy in October 2007. Prior to becoming a Deportation Officer, I was a Border Patrol Agent from June 2007 to June 2017.

2. As a Deportation Officer currently assigned to ICE's Oklahoma City office for Enforcement Removal Operations (ERO), I interview and investigate detained individuals to determine whether they have legal status to enter or remain in the United States. I am vested with the authority to investigate and arrest persons for violations of Title 8 of the United States Code.

3. The information contained in this Affidavit is submitted for the limited purpose of establishing probable cause that **JUAN ANTONIO LOERA-MACIAS,** was found in the United States in violation of 8 U.S.C. § 1326(a).

4. On October 16, 2022, **JUAN ANTONIO LOERA-MACIAS** was encountered by a Deportation Officer when contacted by Oklahoma City PD (OCPD), who had requested for law enforcement assistance from ERO because OCPD was trying to establish the identity of an illegal alien who had illegally bought a pistol at a local gun show. ICE ERO established the subject's identity as **JUAN ANTONIO LOERA-MACIAS**, A200 941 693, an illegal alien who has been previously removed from the United States. OCPD then transported the **JUAN ANTONIO LOERA-MACIAS** to the

Oklahoma County Jail for local criminal charges. On October 17, 2022, ICE ERO was notified that **JUAN ANTONIO LOERA-MACIAS** had been released from Oklahoma County Jail and a detainer was never filed. Later that day, ICE ERO and Homeland Security Investigations (HSI), targeted and located **JUAN ANTONIO LOERA-MACIAS** at Arrow Wrecker Service, located at 700 N. Villa Ave. Oklahoma City, OK 73107, which is in the Western District of Oklahoma. **JUAN ANTONIO LOERA-MACIAS** was taken into custody by HSI and ERO, and later transported to the Oklahoma ERO Resident Office for further processing as a Reinstate.

5.     **JUAN ANTONIO LOERA-MACIAS's** fingerprints were collected, and photographs were recorded electronically using live-scan technology and submitted to both the Department of Justice's Integrated Automated Fingerprint Identification System (IAFIS) database and the Department of Homeland Security's Automated Biometric Identification System (IDENT) database. Both databases identified **JUAN ANTONIO LOERA-MACIAS** as being assigned Federal Bureau of Investigation number **548914AD5** and Department of Homeland Security FINS number **19391059**. These identification numbers are associated solely with **JUAN ANTONIO LOERA-MACIAS** and correlate to his Alien Registration Number, A200 941 693. A check of records confirmed **JUAN ANTONIO LOERA-MACIAS's** identity and confirmed he is an alien who was previously removed from the United States on November 11, 2010.

6. Further checks did not indicate that **JUAN ANTONIO LOERA-MACIAS** had applied for or received permission to reenter the United States from the United States Secretary of Homeland Security or the United States Attorney General. If **JUAN ANTONIO LOERA-MACIAS** had applied for or received permission, there would be a record of it in his Administrative File and Department of Homeland Security databases.

7. Based on the foregoing, I respectfully submit that there is probable cause to believe that **JUAN ANTONIO LOERA-MACIAS** has committed the federal crime of Illegal Reentry, a violation of 8 U.S.C. § 1326(a).

8. **JUAN ANTONIO LOERA-MACIAS** was previously convicted of violating 8 U.S.C. §1325 in the year 2010.

**FURTHER, YOUR AFFIANT SAYETH NOT.**

_____
Curtis Fair
Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

Sworn to and subscribed before me on October 19, 2022.

_____
Shon T. Erwin
United States Magistrate Judge

3