# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>VS.<br><br><br>Juan Antonio Loera-Macias<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case Number: MJ-22-761-STE<br>)<br>)<br>)<br>)<br>) |

## ORDER APPOINTING INTERPRETER

IT IS HEREBY ORDERED that _____RITA LYONS_____ is appointed as interpreter for the defendant(s) herein under the provisions of the Criminal Justice Act, 18 U.S.C. 3006A, and the Court Interpreters Act, 28 U.S.C. 1827, et seq., to render necessary interpretive services herein.

Thursday, October 20, 2022
Date

_____
SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE

SR-11-2015